# The News-Item

707 North Rock Street
Shamokin, PA 17872

## Proof of Publication

Commonwealth of Pennsylvania      §
County of Northumberland

    Personally appeared before me, the undersigned as Notary Public in and for said County and State.

**Maryclaire Warwick**

who being duly sworn according to the law, doth depose and say that she is the

**Representative**

for The News-Item, a newspaper of general circulation published at Shamokin, County of Northumberland, Commonwealth of Pennsylvania, which was established October 1, 1968, and that a notice, copy of which is hereto attached, was published in said The News-Item on

2-6-19

that affiant is not interested in the subject matter of the attached notice of advertising, and advers that all of the allegations of the statement as to the time, place and character of the publication are true.

*Maryclaire Warwick* (signature)

Sworn and subscribed before me this 6th day of February

*Robin Murin* (signature)
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Robin Murin, Notary Public
City of Shamokin, Northumberland County
My Commission Expires May 11, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

B6 WEDNESDAY, FEBRUARY 6, 2019 — THE NEWS-ITEM, SHAMOKIN, PA

# THE NEWS-ITEM CLASSIFIEDS

To place an ad call 570.644.6397 • Fax 570.644.0892 • Email classified@newsitem.com

| In-column Ad Placement Deadlines | Real Estate & Auto Special | Merchandise For Sale |
|---|---|---|
| Monday — Friday at 4 p.m.  Tuesday — Monday at 4 p.m.  Wednesday — Tuesday at 4 p.m.  Thursday — Wednesday at 4 p.m.  Friday — Thursday at 4 p.m.  Saturday — Friday at 2 p.m.  Sunday — Friday at 2 p.m. | 15 days / 5 lines **$21.99** | Items under $250 **$7.00** |

## Legal Notices

**ESTATE**
IN RE: ESTATE JANET F. POLASTRE, late of Ralpo Township, Northumberland, Pennsylvania. Letters of Testamentary in the above name estate have been granted to the undersigned. All persons indebted to the said estate are required to make payment and those having claims present the same without delay to:

GREGORY POLASTRE
158 FAIRVIEW STREET
ELYSBURG, PA 17824
HER ATTORNEY:
ROBERT L. DLUGE, JR., ESQUIRE
DIEHL, DLUGE, MICHETTI, &
MICHETTI
P.O. BOX 304
ELYSBURG, PA. 17824

**ESTATE OF DOROTHY L. SCHLEIG**, late of the Borough of Northumberland, Northumberland County, PA. NOTICE IS HEREBY GIVEN that Letters Testamentary in the above Estate have been granted to Judy Smink. All persons indebted to said estate are requested to make immediate payment, and those having claims and demands will present them without delay to Judy Smink, 646 W. Walnut Street, Coal Township, PA 17866 or to her Attorneys: Makowski, Konopka & Maresteck, 1750 Clinton Avenue, Coal Township, PA, 17866.

**NOTICE**
IN RE: ESTATE OF JAMES A. STEMOROSKI
NOTICE IS HEREBY GIVEN that Letters of Administration have been granted in the ESTATE OF JAMES A. STEMOROSKI, late of the City of Sunbury, County of Northumberland and Commonwealth of Pennsylvania. All persons indebted to said estate are requested to make immediate payment, and those having claims or demands against the estate of the decedent shall present them without delay to the undersigned Administrator and/or Attorney.

ANTONIO D. MICHETTI,
ESQUIRE
DIEHL, DLUGE, MICHETTI &
MICHETTI
1070 Market Street
Sunbury, PA 17801
Administrator and Attorney
for the Estate

**SHERIFF'S SALE OF REAL ESTATE**
By Virtue of Writ of Execution issued out of the Court of Common Pleas of Northumberland County, Civil Division, upon Judgments in Mortgage Foreclosure, to me directed, will be exposed at public sale, on February 14, 2019 at 1:00 P.M., in the Sheriff's Office of ROBERT J. WOLFE, at the Northumberland County Court House, 201 Market Street, in the City of Sunbury, County of Northumberland, Commonwealth of Pennsylvania, the following described real estate to wit:

Property of Apex Building Systems, LLC; N & R Realty Company, LLC; Christopher Nipple, The Personal Representative of the Estate of Robert N. Nipple; Benjamin L. Reichley; and Apex Homes, Inc., known as 1315 N. Market Street, Sunbury, PA 17879, Improvements Thereon: any improvements thereon, Tax Parcel 054-05-008-028-A, upon a Judgment at CV-2009-02625, Sovereign Bank to the Use of Jenzack Partners, LLC vs. Mark E. Apex Building Systems, LLC, et. al.

Property of Thomas Dorsett, known as 1501 West Wood Street, Coal Township, PA 17866, Improvements Thereon: a single frame dwelling, Tax Parcel 008-01-000-344, upon a Judgment at CV-17-1074, Bayview Loan Servicing LLC, a Delaware Limited Liability Company vs. Thomas Dorsett, in the amount of $29,549.91, plus interest, costs and fees. Mattleman, Weinroth & Miller, P.C.

Property of Ray A. Dallabrida and Sandra L. Dallabrida, known as 1104-1105 Scott Street, Kulpmont, PA 17834, Improvements Thereon: a single brick dwelling house, Tax Parcels 002-00-002-158 and 002-00-002-168, upon a Judgment at CV-17-1994, Branch Banking and Trust Company, Successor in interest to Susquehanna Bank PA vs. Ray A. Dallabrida and Sandra L. Dallabrida, in the amount of $101,434.75, plus interest, costs and fees. Norris McLaughlin, P.A.

Property of Heather D. Hackenberg and Michael D. Hackenberg, known as 1034 Avenue F a/k/a 1230 Avenue F., Danville PA 17821, Improvements Thereon: any improvements thereon, Tax Parcel 041-03-027-039-C, upon a Judgment at CV-19-672, Wells Fargo Bank, N.A. vs. Heather D. Hackenberg and Michael D. Hackenberg, in the amount of $182,303.63, plus interest, costs and fees. Manley Deas Kochalski LLC.

Property of Dawn L. Hoffman, known as 4244 State Route 61 a/k/a Rural Route 2, Box 526, Paxinos, PA 17860, Improvements Thereon: any improvements thereon, Tax Parcel 064-03-049-024, upon a Judgment at CV-18-1439, M&T Bank vs. Dawn L. Hoffman, in the amount of $65,469.07, plus interest, costs and fees. Stern & Eisenberg, PC.

Property of John E. Kurtz, known as 14 North 9th Street, Shamokin, PA 17872, Improvements Thereon: any improvements thereon, Tax Parcel 011-01-003-126, upon a Judgment at CV-18-1228, Pennsylvania Housing Finance Agency vs. John E. Kurtz, in the amount of $33,377.45, plus interest, costs and fees. Purcell, Krug & Haller.

Property of William J. Lokitis, known as 109 West North Street, Marion Heights, PA 17832, Improvements Thereon: any improvements thereon, Tax Parcel 023-00-001-014, upon a Judgment at CV-18-1437, PSH Mortgage Corporation vs. William J. Lokitis, in the amount of $81,974.34, plus interest, costs and fees. Phelan Hallinan Diamond & Jones, LLP.

All parties in interest and claimants are hereby notified that schedules of distribution will be filed by the Sheriff, in his office, not later than thirty (30) days after the sale and distribution will be made in accordance with the schedules, unless exceptions are filed thereto within ten (10) days after the filing of the schedules.
SO ANSWERS, ROBERT J. WOLFE, SHERIFF OF NORTHUMBERLAND COUNTY

UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

al., in the amount of $1,010,943.06, plus interest, costs and fees. Weir & Partnership LLP.

APARTMENTS AND ACQUISITIONS, L.P., Trustee
WILLIAM G. SCHWAB, ESQ., Trustee for the Estate of Apartments and Acquisitions, L.P.,
Movant,
v.
KNOWN AND UNKNOWN CREDITORS OF HOUSE FLEX, LLC AND JAMILIE, LLC,
Respondents.
Chapter 7
Case No. 4:15-03964 (JJT)
ORDER GRANTING MOTION OF WILLIAM G. SCHWAB, AS CHAPTER 7 TRUSTEE, FOR AN ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3003(c) ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AGAINST HOUSE FLEX, LLC AND JAMILIE, LLC
Upon consideration of the motion (the "Motion") of William G. Schwab, as Chapter 7 trustee, for an order pursuant to Federal rule of Bankruptcy Procedure 3003(c) establishing bar dates for the filing of proofs of claim against House Flex, LLC and Jamilie, LLC and good cause appearing for the relief requested in the Motion, and after notice and an opportunity for hearing, it is hereby
ORDERED, that the Motion be and hereby is granted; and it is further
ORDERED, in accordance with the foregoing, that April 1, 2019 is fixed as the deadline by which general creditors of House Flex, LLC and Jamilie, LLC must file proofs of claim against such entities; and it is further
ORDERED, that June 1, 2019 is the deadline by which governmental entities holding claims against House Flex, LLC or Jamilie, LLC must file proofs of claim against such entities; and it is further
ORDERED, that proofs of claim must be filed with the Clerk of the United States Bankruptcy Court for the Middle District of Pennsylvania using Official Form 410; and it is further
ORDERED, that the failure to file a timely proof of claim may result in a creditor of House Flex, LLC or Jamilie, LLC being precluded from participating in any future distribution herein.
Dated: January 28, 2019
By the Court,
John J. Thomas, Bankruptcy Judge

## Jobs

Bartender/Short Order Cook needed for local club. Part-time with possibility of Full-time in the future. Ramp Certification a plus. Experience preferred. Apply in person Rescue Fire Company 501 N. Liberty St., Shamokin, PA

Gaudenzia is seeking
• Substance Abuse Counselors
• Childcare workers
• House Managers (FT & P/T)
• Case Managers
for it's Women & Children's facility in Ashland, PA. Gaudenzia offers competitive benefits (tuition reimbursement, retirement matching, Low-Cost sharing for Health, Dental, Vision and RX) Please send your resume to the attention of:
Program Director, Christine Munson
via email at cmunson@gaudenzia.org. Or direct mail at 95 Broad St. Ashland, PA 17921

SEEKING QUALIFIED PERSON willing to work on rental properties for reduced rent in Elysburg. Call: 570-379-3264

## Training/Instruction

AIRLINES ARE HIRING – Get FAA approved hands on Aviation training. Financial aid for qualified students – Career placement assistance. CALL Aviation Institute of Maintenance 877-207-0345

## Apartments Furnished

COAL TOWNSHIP Nice 1st Floor. All utilities/appliances and heat include. Lg. Yard. Off-street parking. Maximum 2, $600/mo. + sec. Not HUD approved. 570-274-2484

## Apartments Unfurnished

**Classifieds WORK!**

KULPMONT, 2nd Floor, 1 BR Apt. includes heat, water/sewer, appliances & garbage. W/D on premises. No Pets/No Smkg, Sec & Ref required. Call: 570-259-8132

MOUNT CARMEL 1 and 2 Bedroom Apts. Heat Included. HUD accepted. Call: 570-339-9328

SHAMOKIN 1BR, 1BA, trash & sewer included. Tenant pays water, gas & electric. No Pets, $450.00/mo. HUD approved. Call: 570-204-2263

SPACIOUS APARTMENTS 2 BR, 2nd, 3rd floor, large closets, no pets, washer/ dryer hookups. Secure building. W&T incl. $500/mo. 570-394-2470

## Half Doubles Unfurnished

WILBURTON #2 Nice ½ Double for Rent $500/month Call: 570-274-7321

## Homes Unfurnished

ATLAS, Totally remodeled 3 BR, 2 full bath home. Kitchen has refrig, dishwasher, stove & microwave. Small yard/off st. pkg. $575/mo, No Pets. 717-585-1338

COAL Twp. Ranch House 2 3 BR, elect. heat, kit, S/R/DW, LR, DR, bath, laundry w/W&D, garage. No utilities, No Pets, No Smkg. 1 yr. Lease, Rel. Req. 1 mo. Dep. $800/mo. Call: 570-925-2657

KULPMONT 3 Bedroom House $425/month includes sewer. Call: 570-933-4464

MOUNT CARMEL Single home for rent. 3 Bedroom, 1.5 Bath, $700/month. Call: 570-580-4482

MT. CARMEL - 3 bedrm., 1 bath, oil heat, small fenced yard, storage shed. $500/mo. + sec. dep. Call 570-274-1314.

SHAMOKIN Nice 3 Bedroom Single Home $575/month. Call: 570-274-7321

SHAMOKIN, Rent or Rent to own 513 N. 2nd St., 2 BR, recently updated. $5000 down, $600/mo. + Security Dep. Call for information: 570-492-2141

## Antiques

COIN COLLECTOR Looking to Buy US Coins & Currency. Paying Best Prices. Call: 570-492-7443

## Furniture

Classifieds in Print & Online at www.newsitem.com

BLUE RECLINER ASKING $75.00 CALL: 570-339-1124

FREE WROUGHT IRON OUTDOOR DINETTE SET. 4 Chairs/table. Call: 570-205-3201

## CASEWORKER

Northumberland County Behavioral Health & Intellectual/ Developmental Services & Children and Youth Services Programs

Northumberland County BH/IDS Program is looking for ambitious, caring and dependable people to work with our individuals and families to assist them to reach their highest level of social, economic, and physical and emotional well-being. Duties include interviewing, obtaining social histories, determining eligibility for services, developing social plan of action, providing referral services, counseling and negotiating services on behalf of individuals. Ability to manage a caseload, good writing and communication skills and keeping well organized reports and records are a must. Valid driver's license is required. Benefits include Tuition Reimbursement, Health Insurance including dental, eye and prescription coverage, paid on-call, training, Retirement Plan and ability to advance. PENNSYLVANIA CIVIL SERVICE EXAMINATION FOR COUNTY CASEWORKERS IS REQUIRED.

All applicants must have successfully completed 12 college credits in Sociology, Social Welfare, Psychology, Gerontology, Criminal Justice or other related social science. MUST ALSO have a Bachelor's Degree in one of the above fields. Interested applicants can schedule a Caseworker 1 or Caseworker 2 test on line at:
https://www.employment.pa.gov. Interested parties can also send a Letter of Interest and Resume to the agency of their choice:
Behavioral Health & Intellectual Developmental Services, 217 N. Center Street, Sunbury, PA 17801, ATTN: Carmine Picarelli, Administrator or Children & Youth Services, 322 N. Second Street, Sunbury, PA 17801, ATTN: Katrina Gownley, Administrator.

## PUZZLE PLACE



**JUMBLE** — THAT SCRAMBLED WORD GAME
By David L. Hoyt and Jeff Knurek

CEFAT
FISTH
MLOGYO
RINOIG

Yesterday's Jumbles: PIVOT DOUBE BUREAU EXPERT
Answer: They tried the new mountaintop restaurant to see what type of meals were being — SERVED UP

**CRYPTOQUOTES**
AXYDLBAAXR is LONGFELLOW
One letter stands for another. In this sample, A is used for the three L's, X for the two O's, etc. Single letters, apostrophes, the length and formation of the words are all hints. Each day the code letters are different.
2-6
CRYPTOQUOTE
WFJTPWLTFKT WR JCT
EIWPWJM JU EBEXI
JU KCEFLT. RJTXCTF
CEVGWFL
Yesterday's Cryptoquote: IN ANY GIVEN MOMENT WE HAVE TWO OPTIONS: TO STEP FORWARD INTO GROWTH OR STEP BACK INTO SAFETY. — ABRAHAM MASLOW

**SUDOKU** 数独
Conceptis Sudoku By Dave Green

**CROSSWORD** By Thomas Joseph