**The Republican-Herald** (Under act P.L. 877 No 160. July 9, 1976)
Commonwealth of Pennsylvania, County of Schuylkill

KURTZMAN STEADY, LLC
JEFFREY KURTZMAN, ESQUIRE
401 S 2ND ST., STE 200 PHILADELPHIA PA 19147

Account # 632627
Order # 82305381
Ad Price: 548.26

LEGAL NOTICE UNITED STATE
Gina Krushinski
Being duly sworn according to law deposes and says that (s)he is Billing clerk for The Republican-Herald, owner and publisher of The Republican-Herald, a newspaper of general circulation, established in 1884, published in the city of Pottsville, county and state aforesaid, and that the printed notice or publication hereto attached is exactly as printed in the regular editions of the said newspaper on the following dates:

02/04/2019

Affiant further deposes and says that neither the affiant nor The Republican-Herald is interested in the subject matter of the aforesaid notice or advertisement and that all allegations in the foregoing statement as time, place and character or publication are true _____.

Sworn and subscribed to before me
this 5th day of February A.D., 2019

_____
(Notary Public)

Commonwealth of Pennsylvania - Notary Seal
Sharon Venturi, Notary Public
Lackawanna County
My commission expires February 12, 2022
Commission number 1254228
Member, Pennsylvania Association of Notaries

---

**LEGAL NOTICE
UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re: APARTMENTS AND ACQUISITIONS, L.P., Trustee.
: Chapter 7
: Case No.4:15-03964 (JJT)

WILLIAM G. SCHWAB, ESQ., Trustee for the Estate of Apartments and Acquisitions, L.P., Movant,
v.
KNOWN AND UNKNOWN CREDITORS OF HOUSE FLEX, LLC AND JAMILIE, LLC, Respondents.

**ORDER GRANTING MOTION OF WILLIAM G. SCHWAB, AS CHAPTER 7 TRUSTEE, FOR AN ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3003(c) ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AGAINST HOUSE FLEX, LLC AND JAMILIE, LLC**

Upon consideration of the motion (the Motion) of William G. Schwab, as Chapter 7 trustee, for an order pursuant to Federal Rule of Bankruptcy Procedure 3003(C) establishing bar dates for the filing of proofs of claim against House Flex, LLC and Jamilie, LLC, and good cause appearing for the relief requested in the Motion, and after notice and an opportunity for hearing, it is hereby
ORDERED, that the Motion be and hereby is granted, and it is further
ORDERED, in accordance with the foregoing, that April 1, 2019 is fixed as the deadline by which general creditors of House Flex, LLC and Jamilie, LLC must file proofs of claim against such entities, and it is further
ORDERED, that June 1, 2019 is the deadline by which governmental entities holding claims against House Flex, LLC or Jamilie, LLC must file proofs of claim against such entities; and it is further
ORDERED, that proofs of claim must be filed with the Clerk of the United States Bankruptcy Court for the Middle District of Pennsylvania using Official Form 410; and it is further
ORDERED, that the failure to file a timely proof of claim may result in a creditor of House Flex, LLC or Jamilie, LLC being precluded from participating in any future distribution herein.
Dated: January 29, 2019
By the Court,
John J. Thomas, Bankruptcy Judge (RR)